IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Adams, Barbara J | Case Number: 06 B 14705 |
| | Judge: Squires, John H |
| Printed: 5/20/08 | Filed: 11/9/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 9, 2008
Confirmed: January 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 13,671.63 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 10,464.30 |
| Administrative: | | 2,500.00 |
| Trustee Fee: | | 707.33 |
| Other Funds: | | 0.00 |
| Totals: | 13,671.63 | 13,671.63 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Nella E Mariani PC | Administrative | 2,500.00 | 2,500.00 |
| 2. | Honor Finance | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 28,235.66 | 10,464.30 |
| 4. | Portfolio Recovery Associates | Unsecured | 259.59 | 0.00 |
| 5. | Illinois Dept Of Employment Sec | Unsecured | 8,436.97 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 65.00 | 0.00 |
| 7. | RJM Acquisitions LLC | Unsecured | 53.56 | 0.00 |
| 8. | B-Line LLC | Unsecured | 634.95 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 317.87 | 0.00 |
| 10. | Jefferson Capital | Unsecured | 145.82 | 0.00 |
| 11. | Great Seneca | Unsecured | 910.49 | 0.00 |
| 12. | Great Seneca | Unsecured | 387.49 | 0.00 |
| 13. | Triad Financial Services | Unsecured | 4,043.53 | 0.00 |
| 14. | University Of Chicago Physicians | Unsecured | 592.44 | 0.00 |
| 15. | Internal Revenue Service | Unsecured | 10,066.86 | 0.00 |
| 16. | Citibank | Unsecured | | No Claim Filed |
| 17. | Crandon Emergency Physician | Unsecured | | No Claim Filed |
| 18. | Evergreen Med | Unsecured | | No Claim Filed |
| 19. | Cook County Treasurer | Unsecured | | No Claim Filed |
| 20. | Evergreen Med | Unsecured | | No Claim Filed |
| 21. | First Premier | Unsecured | | No Claim Filed |
| 22. | Household Bank FSB | Unsecured | | No Claim Filed |
| 23. | Heart Care Centers | Unsecured | | No Claim Filed |
| 24. | First Premier | Unsecured | | No Claim Filed |
| 25. | Fashion Bug | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Adams, Barbara J | Case Number: 06 B 14705 |
|---|---|
|  | Judge: Squires, John H |
| Printed: 5/20/08 | Filed: 11/9/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Household | Unsecured | | No Claim Filed |
| 27. | Illinois Dept Of Transportation | Unsecured | | No Claim Filed |
| 28. | USA One National Credit Union | Unsecured | | No Claim Filed |
| 29. | Imagine Mastercard | Unsecured | | No Claim Filed |
| 30. | SBC | Unsecured | | No Claim Filed |
| 31. | South Shore Emergency Physicians | Unsecured | | No Claim Filed |
| 32. | Trinity Hospital | Unsecured | | No Claim Filed |
| 33. | South Shore Hospital | Unsecured | | No Claim Filed |
| 34. | T Mobile USA | Unsecured | | No Claim Filed |
| 35. | Tribute | Unsecured | | No Claim Filed |
| 36. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 37. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 38. | Honor Finance | Unsecured | | No Claim Filed |
| 39. | Village of Evergreen Park | Unsecured | | No Claim Filed |

                                                 _____     _____
                                                $ 56,650.23    $ 12,964.30

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 247.46 |
| 5.4% | 459.87 |
| | _____ |
| | $ 707.33 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

